[No. 31111-5-I.   Division One.   July 19, 1993.]

RICHARD LARKIN SINNOTT, *Respondent,* v. JAMES L. RIDER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 91-2-05048-1, George A. Finkle, J., entered June 26, 1992. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Webster, C.J., and Grosse, J.

[No. 31884-5-I.   Division One.   July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND KAVALSKI, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-8-03313-9, Faith Enyeart, J., entered November 17, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Pekelis, A.C.J., and Scholfield, J.

[No. 30396-1-I.   Division One.   July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. RIGOBERTO GERMAN-AYALA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-05705-9, Patricia H. Aitken, J., entered March 12, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Pekelis, J.

[No. 32064-5-I.   Division One.   July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. NATHANIEL DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-1-03990-3, Frank L. Sullivan, J., entered December 24, 1992. *Reversed* by unpublished per curiam opinion.